UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG ATAIDE,

          Plaintiff,

     v.

SELENE FINANCE, LP,

          Defendant.

Case No. 26-cv-02226-NW

**ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: ECF No. 3

Defendant Selene Finance, LP is ordered to file a response to Plaintiff Craig Ataide's motion for a temporary restraining order, ECF No. 3, by Thursday, March 19, 2026.  Any reply is due by Monday, March 23, 2026.  If required, a hearing will be scheduled for Wednesday, March 25, 2026, at 11:00 a.m.  To preserve the status quo, Defendant is prohibited from completing the foreclosure sale on Plaintiff's property while the TRO application is pending.  Plaintiff is ordered to email this order to Defendant.

     **IT IS SO ORDERED.**

Dated: March 16, 2026

Noël Wise
United States District Judge